**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY SNOWDEN, JR.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cr-00003 (2)<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

## ORDER APPOINTING CJA TRAINING PANEL ATTORNEY

Pursuant to the Criminal Justice Act (CJA) Training Panel Program, Johnna Shia, Esq. is hereby appointed as a Training Panel attorney in this case. The Training Panel Attorney will serve in a second chair capacity and assist the CJA Lead Attorney who has been previously appointed in this case.

**IT IS SO ORDERED**.

August 7, 2026

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge